FILED
November 28, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003922941

3

Doris Bostick - SBN 177100
Attorney at Law
7311 Greenhaven, Ste. 170
Sacramento, CA 95831
Ph: 916-424-3084

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In Re:

ALICE HONEY WARE

Debtor's

Case No. 2011-47506
Hearing Date: January 3, 2012
Hearing Time: 9:32 a.m.
Courtroom: 32
Honorable Thomas C Holman
Docket Control No.: DB-01

## MOTION FOR ORDER COMPELLING ABANDONMENT OF THE

## ESTATE'S INTEREST IN DEBTOR'S BUSINESS

Doris Bostick, Attorney, on behalf of Alice Honey Ware, the Debtor, hereby moves this Court for an Order Compelling Abandonment of the Estate's interest in the Debtor's Business. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on November 23, 2011. Geoffrey Richards was duly appointed to serve as Trustee.

2. As shown in the filed schedules of this case, the Debtor operates a business, Law Office of Alice H Ware. Said business is located at 6930 Destiny Drive, Ste 700, Rocklin, CA 95677.

3. The Debtor's tools of the trade, equipment, accounts receivables and other business-related assets (hereinafter, "BUSINESS ASSETS") have been disclosed in detail in the filed Schedules A and B (see Exhibits 1 and 2 attached hereto). The business assets in this case consist of: BOA account #6401; BOW account #8997; Accounts Receivable;

Motion to Compel                    1

and, Office Equipment & supplies.  The Debtor has placed values on these assets in the aggregate total of $5,450.00.

4. As shown in Schedule D (See Exhibit #3 attached hereto), the Debtor asserts that there are no Creditors holding liens against the BUSINESS ASSETS.

5. As shown in Schedule C (see Exhibit #4 attached hereto), the Debtor has claimed exemptions totaling $5,450.00 against the values of the BUSINESS ASSETS.

6. In summary

   a. Gross value of BUSINESS ASSETS ......................................................$5,450.00

   b. Liens against the BUSINESS ASSETS.......................................................-$    .00

   c. Gross Equity ......................................................................................$5,450.00

   d. Exemptions claimed on the BUSINESS ASSETS................................-$5,450.00

   e. Net value of BUSINESS ASSETS to the estate..........................................$    .00

7. The   Debtor asserts that there does not appear to be any business equipment or inventory that can be profitably liquidated by the Trustee over and above (a) the liens, if any, in Schedule D attaching to the business-related assets and (b) the exemptions, if any, in Schedule C claimed by the Debtor.

8. The Debtor is aware that, under the provisions of Title 11, US Codes §721, only the Trustee has the authority to operate the Debtor's business; and then, only with an order of the Court.  Otherwise, the Trustee is obliged to shut down the business or abandon the estate's interest in the business.

9. However, the Debtor asserts that, based on the lack of any unexempt equity in any business-related asset, equipment or inventory, there is no benefit to the estate to either operating OR shutting down this business.

10. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtor, to file a motion seeking to compel the Trustee to abandon property of the estate.

Wherefore, the Debtor moves this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in the Debtor's Business.


Respectfully submitted on November 28, 2011.

/s/ *Doris Bostick*
Doris Bostick, Attorney at Law

Doris Bostick - SBN 177100
Attorney at Law
7311 Greenhaven, Ste. 170
Sacramento, CA  95831